1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   JONATHAN U. LEE (CSBN 148792)
4  Assistant United States Attorneys

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7073
   FAX: (415) 436-6748
7
   Attorneys for Defendant, UNITED STATES OF AMERICA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
   SHENIA CHAVERS,                )   No.   C 03-02120 SC
13                                )        (Consolidated with C 03-01451 SC)
            Plaintiff,             )
14                                )   STIPULATION AND [PROPOSED]
       v.                          )   ORDER APPROVING COMPROMISE
15                                )   SETTLEMENT OF CASE C 03-02120
   UNITED STATES OF AMERICA,       )
16                                )
            Defendant.             )
17                                )
                                   )
18 ─────────────────────

19      IT IS HEREBY STIPULATED by and between Plaintiff Shenia Chavers ("Plaintiff") and
20 Defendant United States of America, as follows:
21      1.    The parties do hereby agree to settle and compromise <u>Shenia Chavers v. United
22 States</u>, Northern District of California case number C 03-02120, under the terms and conditions
23 set forth herein.
24      2.    Defendant United States of America agrees to pay to Plaintiff Shenia Chavers the
25 sum of thirteen thousand dollars and no cents ($13,000.00), which sum shall be in full settlement
26 and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind
27 and nature, arising from and by reason of any and all known and unknown, foreseen and
28 unforeseen, bodily and personal injuries and the consequences thereof, resulting, and to result,

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 03-02120 SC

from the same subject matter that gave rise to <u>California Insurance Guaranty Association v. United States</u>, Northern District of California case number C 03-01451 and <u>Shenia Chavers v. United States</u>, Northern District of California case number C 03-02110, including any claims for wrongful death, for which Plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agencies, agents, servants, and employees.

3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum listed in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, economic losses, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries and the consequences thereof, which she may have or hereafter acquire against the United States of America, its agencies, agents, servants and employees on account of the same subject matter that gave rise to <u>California Insurance Guaranty Association v. United States</u>, Northern District of California case number C 03-01451 and <u>Shenia Chavers v. United States</u>, Northern District of California case number C 03-02120, including any future claim for wrongful death.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agencies, agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. This Agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the Agreement.

6 It is also understood by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

7. Payment of the settlement amount to Plaintiff Chavers will be made by a check drawn on the Grant Northern Insurance Company for thirteen thousand dollars and no cents ($13,000.00) and made payable to Shenia Chavers and the Law Offices of Jaynelle Bell.

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 03-02120 SC 2

1  8. In consideration of this Agreement and the payment of the foregoing amounts
2  thereunder, Plaintiff Shenia Chavers agrees that upon notification that the settlement check is
3  ready for delivery, she will deliver to Defendant's counsel a fully executed Notice of Dismissal
4  with prejudice of Shenia Chavers v. United States, Northern District of California case number
5  C 03-02120. Upon delivery of the Notice of Dismissal, Defendant's counsel will release the
6  settlement checks to Plaintiff's counsel or her agent
7  9. Plaintiff has been informed that payment will be made within ~~sixty~~ ten days of full
8  execution of the settlement agreement and the delivery of a completed Form W-9 (Request for
9  Taxpayer Identification Number and Certification).
10 10. The parties agree that should any dispute arise with respect to the implementation
11 of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue her
12 original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the
13 Agreement in district court. The parties agree that the district court will retain jurisdiction over
14 this matter for the purposes of resolving any dispute alleging a breach of this Agreement.
15 11. Plaintiff hereby releases and forever discharges the United States and any and all
16 of its past and present officials, employees, agencies, agents, attorneys, their successors and
17 assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and
18 demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in
19 equity, known or unknown, arising out of the allegations set forth in the pleadings in California
20 Insurance Guaranty Association v. United States, Northern District of California case number
21 C 03-01451 and Shenia Chavers v. United States, Northern District of California case number
22 C 03-02120.
23 12. The provisions of California Civil Code Section 1542 are set forth below:
24 "A general release does not extend to claims which the creditor does not know or
   suspect to exist in his favor at the time of executing the release, which if known
25 by him must have materially affected his settlement with the debtor."
26 Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by her
27 attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and
28 all rights she may have pursuant to the provision of that statute and any similar provision of

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 03-02120 SC                                3

1  federal law. Plaintiff understands that, if the facts concerning Plaintiff's injuries and the liability
2  of the government for damages pertaining thereto are found hereinafter to be other than or
3  different from the facts now believed to be true, the Agreement shall be and remain effective
4  notwithstanding such material difference.

5      13. This instrument shall constitute the entire Agreement between the parties, and it is
6  expressly understood and agreed that the Agreement has been freely and voluntarily entered into
7  by the parties with the advice of counsel, who have explained the legal effect of this Agreement.
8  The parties further acknowledge that no warranties or representations have been
9  made on any subject other than as set forth in this Agreement. This Agreement may not be
10 altered, modified or otherwise changed in any respect except by writing, duly executed by all of
11 the parties or their authorized representatives.

13 Dated: August 3, 2005     _/s/ Shenia Chavers_
14                                            SHENIA CHAVERS
                                           Plaintiff

15                                            LAW OFFICES OF JAYNELLE K. BELL
16 Dated: August 3, 2005     _/s/ Jaynelle K. Bell_
17                                            JAYNELLE K. BELL
                                           Attorney for Plaintiff Shenia Chavers

18
19 Dated: August 4, 2005     KEVIN V. RYAN
                                           United States Attorney
20                                            _/s/ Chinhayi J. Coleman_
21                                            CHINHAYI J. COLEMAN
                                           JONATHAN U. LEE
22                                            Assistant United States Attorneys
                                           Attorneys for Defendant

23
24                                [PROPOSED] ORDER
25 APPROVED AND SO ORDERED.
26 Dated:   8/5/05
                                    THE HONORABLE S.
27                                     United States District
28


Judge Samuel Conti
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 03-02120 SC                             4