```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  CHINHAYI J. COLEMAN (CSBN 194542)
    JONATHAN U. LEE (CSBN 148792)
 4  Assistant United States Attorneys

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-7073
       FAX: (415) 436-6748
 7
    Attorneys for Defendant, UNITED STATES OF AMERICA
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                          SAN FRANCISCO DIVISION
12
    CALIFORNIA INSURANCE             )   No.   C 03-01451 SC
13  GUARANTEE ASSOCIATION,           )   (Consolidated with C 03-2120 SC)
                                     )
14        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER FOR DISMISSAL WITH
15     v.                            )   PREJUDICE OF CASE C 03-01451
                                     )
16  UNITED STATES OF AMERICA,        )
                                     )
17        Defendant.                 )
                                     )
18  _____
```

28 STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
   C 03-01451 SC

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff California
2  Insurance Guarantee Association and Defendant United States of America, stipulate to the
3  dismissal with prejudice of <u>California Insurance Guaranty Association v. United States</u>, Northern
4  District of California case number C 03-01451 SC. Each party will bear its own costs.

HANNA BROPHY, ET AL.

Dated: August 10, 2005

BRETT GILSTRAP
Attorneys for Plaintiff California Insurance
Guarantee Association

Dated: August 11, 2005

KEVIN V. RYAN
United States Attorney

CHINHAYI J. COLEMAN
JONATHAN U. LEE
Assistant United States Attorneys
Attorneys for Defendant

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/16/05

THE HONORABLE SAMUEL CONTI
United States District Court Judge

*Judge Samuel Conti*

28  STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
C 03-01451 SC

1